AO 440 (Rev. 8/01) Summons in a Civil Action

## UNITED STATES DISTRICT COURT

District of __Massachusetts__

Cynthia Puleo, Derivatively on behalf of the Putnam International New Opportunities Fund and the "Putnam Funds"

V.

Putnam, LLC et al.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: **03-12527 JLT**

TO: (Name and address of Defendant)

Mr. Jeffrey W. Greenberg, CEO
Marsh & McLennan Companies, Inc
1166 Avenue of the Americas
New York, NY 10036-2774

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Thomas M. Sobol
Hagens Berman, LLP
225 Franklin Street, 26th Floor
Boston MA 02110

an answer to the complaint which is served on you with this summons, within __20__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.



CLERK

(By) DEPUTY CLERK

DATE DEC 16 2003

%AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE 1/29/04 |
| NAME OF SERVER (PRINT) Thomas M. Sobol | TITLE Partner, Hagens Berman LLP |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): _Pursuant to M.G.L. ch. 223A_

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 2/10/04
            Date                  Signature of Server

            Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Jeffrey W. Greenberg, CEO
   Marsh & McLennan Companies, Inc.
   1166 Avenue of the Americans
   New York, NY 10036-2774

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____  ☐ Agent  ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:   ☐ No

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered   ☒ Return Receipt for Merchandise
   ☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article (Transfer)

PS Form

02595-02-M-1540

---

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com

Postage   $ 1.15
Certified Fee   2.30
Return Reciept Fee (Endorsement Required)   3.45
Restricted Delivery Fee (Endorsement Required)
Total Postage & Fees   $ 7.30

Sent To: Jeffrey W. Greenberg, CEO
Street or PO: Marsh & McLennan Companies, Inc.
City: 1166 Avenue of the Americans
New York, NY 10036-2774