AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of __Massachusetts__

Cynthia Puleo, Derivatively on behalf of the Putnam International New Opportunities Fund and the "Putnam Funds"

v.

Putnam, LLC, et al.

## SUMMONS IN A CIVIL CASE

CASE NUMBER: 03 CV 12527 JLT

TO: (Name and address of Defendant)

Lawrence J. Lasser
342 Warren Street
Brookline, MA 02445

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Thomas M. Sobol
Hagens Berman LLP
225 Franklin Street, 26th Floor
Boston MA 02110

an answer to the complaint which is served on you with this summons, within __20__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS

CLERK

(By) DEPUTY CLERK

DATE  DEC 10 2003

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE ||
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE  1/27/04 |
| NAME OF SERVER *(PRINT)*  B. Keith Wheeler | TITLE  Process Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☒ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: ___In hand to Mrs. Lawrence J. Lasser 342 Warren St Brookline___

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on ___1/27/04___
Date

*Signature of Server*

6 beacon Street Suite 825
*Address of Server*

Boston, Ma. 02108

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.