## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CYNTHIA PULEO, Derivatively on behalf of the PUTNAM INTERNATIONAL NEW OPPORTUNITIES FUND and the "PUTNAM FUNDS"<br><br>Plaintiffs<br><br>v.<br><br>PUTNAM, LLC, et al.<br><br>Defendants<br><br>and<br><br>PUTNAM INTERNATIONAL NEW OPPORTUNITIES FUND, et al.<br><br>Nominal Defendants. | CIVIL ACTION<br>NO. 03-CV-12527 (JLT) |

### AFFIDAVIT OF SERVICE

I, Thomas M. Sobol, attorney for the above-named Plaintiffs make oath I served Defendant, Marsh & McLennan Companies, Inc. with a copy of the Complaint and Jury Trial Demand.

The defendant was served pursuant to Federal Rule of Civil Procedure Rule 4(l) and Rule 4 of the Massachusetts Rules of Civil Procedure, such service was given by Certified Mail, Return Receipt Requested, addressed to an officer or director of Defendant corporations. Attached herewith, as proof of service, are the receipts for said service signed by the addressee.

1. Jeffrey W. Greenberg, CEO, Marsh & McLennan Companies, Inc. on January 29, 2004 (Exhibit A).

**HAGENS BERMAN LLP**

By:_____
Thomas M. Sobol
225 Franklin Street, 26th Floor
Boston, MA 02110
Telephone: (617) 482-3700
Facsimile: (617) 482-3003

**HAGENS BERMAN, LLP**
Steve W. Berman
1301 Fifth Avenue, Suite 2900
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
**Of Counsel**

**SPECTOR, ROSEMAN &
KODROFF, P.C.**
Jeffrey L. Kodroff
William G. Caldes
1818 Market Street, Suite 2500
Philadelphia, Pa. 19103
Telephone:  (215) 496-0300
Facsimile: (215) 496-6611
**Of Counsel**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the Affidavit of Service was served by first class mail upon all counsel of record and by overnight mail to defense counsel this 18th day of February, 2004.

_____
Thomas M. Sobol
Hagens Berman, LLP
225 Franklin Street
Boston, MA 02110
(617) 482-3700