UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CYNTHIA PULEO, Derivatively
on behalf of the PUTNAM INTL
NEW OPPORTUNITES FUND and the
"PUTNAM FUNDS"
    Plaintiffs,    )
                       )
V                       )
                       )  CA 03- 12527-JLT
PUTNAM, LLC., ET AL    )
    Defendants.         )

ORDER

~~FEBRUARY~~ March 1, 2004

TAURO, J.,

I hereby recuse myself from this case in order to avoid a potential conflict of interest.

See 28 U.S.C. Sec. 455(b)(4).

_____
United States District Judge